# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| In Re: | Case No. 4:20-bk-07207-BMW |
| Kenneth E Thurston<br>Nicole R Thurston | Chapter 13 |
| Debtors. | Chief Judge Brenda Moody Whinery |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

      Please take notice that D. Anthony Sottile, as authorized agent for West Coast Capital Group, Inc., a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for West Coast Capital Group, Inc.
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com


| | |
|---|---|
| Dated: July 7, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

## CERTIFICATE OF SERVICE

I certify that on July 7, 2020, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Eric Ollason, Debtors' Counsel
    eollason@182court.com

    Dianne C. Kerns, Chapter 13 Trustee
    mail@dcktrustee.com

    Office of the United States Trustee
    ustpregion14.px.ecf@usdoj.gov

I further certify that on July 7, 2020, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Kenneth E Thurston, Debtor
    4067 W Rawley Mine Ct
    Tucson, AZ 85745

    Nicole R Thurston, Debtor
    4067 W Rawley Mine Ct
    Tucson, AZ 85745

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com